

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| In Re: | § | | ENTERED |
| ANA GLORIA MORAN | § | Case No. 12-32049-H5-13 | 05/18/2017 |
| | § | Chapter 13 | |
| | § | | |
| Debtor | § | JUDGE KAREN BROWN | |

ORDER DEEMING THE MORTGAGE CURRENT
AND DIRECTING DEBTOR(S) TO RESUME PAYMENTS

(Docket No. 70)

The Court has considered the Trustee's Notice of Final Cure Payment and Motion to Deem Mortgage Current. The Court finds that notice is proper and that the requested relief is proper. Accordingly, it is

**ORDERED THAT:**

1. Based on the Trustee's records, the Debtor has completed all payments to the Trustee required under the confirmed plan in this case to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

WILMINGTON SAVINGS FUND SOCIETY

2. The claims of the above-listed creditor(s) are deemed current as of 3/31/2017. All escrow deficiencies, if any, are deemed cured. All legal fees, inspection fees and other charges imposed by the creditor, if any, are deemed satisfied in full. The creditor shall be solely responsible for any shortfall or failure to respond to the Trustee's notice and motion.

3. The Debtor should begin making direct payments to the following creditors whose claims are secured by a security interest in the Debtor's principal residence:

| **Creditor Name & Address** | **Amount** | **Next Payment Due Date** |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY**<br>**C/O SHELLPOINT MORTGAGE**<br>**SERVICING**<br>**P O BOX 10826**<br>**GREENVILLE,  SC  29603-0826** | 1,041.91 | 04/01/2017 |

Signed:   May 18, 2017

Karen K. Brown
United States Bankruptcy Judge